IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| QUALITY DEER PROCESSING LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 618-018 |
| JAMES ARTHUR SHERROD JR. (d/b/a Sherrod's Quality Deer Processing, f/k/a Quality Deer Processing), | * | |
| Defendant. | * | |

## O R D E R

On March 28, 2018, Plaintiff filed a notice of dismissal without prejudice. (Doc. 12.) To date, no objection or other response has been made in opposition to Plaintiff's notice of dismissal. Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS ORDERED** that Plaintiff's complaint against Defendant is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA